

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00375-CR
No. 02-19-00376-CR

———————————————

JUAN LOPEZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court Nos. 1530586D, 1530589D

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Juan Lopez attempts to appeal from the trial court's orders modifying the conditions of his community supervision in response to the State's motion to revoke. After we notified Lopez's appointed appellate counsel of our concern that we do not have jurisdiction over these appeals, *see* Tex. R. App. P. 44.3, he sent this court a letter agreeing that we do not have jurisdiction. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see also McCray v. State*, No. 02-16-00069-CR, 2016 WL 1714116, at *1 (Tex. App.—Fort Worth Apr. 28, 2016, no pet.) (per curiam) (mem. op., not designated for publication) (following *Basaldua* under same procedural posture). Accordingly, we dismiss both appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 23, 2020